IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CAROLYNN WEST, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 7:24-cv-00148-O-BP |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Commissioner's decision is **AFFIRMED**, and the case is **DISMISSED**.

**SO ORDERED** this **4th day** of **August, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**